[No. 17183-3-III.    Division Three.    April 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01119-7, James P. Hutton, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[Nos. 17214-7-III; 17233-3-III.    Division Three.    April 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DONALD LAUFER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TAMORA S. VETTER, *Appellant*.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 97-1-00192-4, 97-1-00191-6, Donald W. Schacht, J., entered January 20, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 17270-8-III.    Division Three.    April 15, 1999.]

ROBERT KANNA, ET AL., *Appellants*, v. BENTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-2-00070-5, E. Thompson Reynolds, J., entered February 12, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 17282-1-III.    Division Three.    April 15, 1999.]

DALE L. MUNDELL, *Appellant*, v. WEYERHAEUSER COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-02736-4, Heather K. Van Nuys, J., entered January 30, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.